

# NUMBER 13-22-00140-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**OTTO RATLIFF,**                                                          **Appellant,**

**v.**

**RAY BRIAN ULOTH,**                                                     **Appellee.**

### On appeal from the 18th District Court
### of Somervell County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

Appellant Otto Ratliff filed a notice of appeal regarding a final judgment rendered against him in trial court cause number C10728 in the 18th District Court of Somervell County, Texas. The appeal has been transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. Appellant has now filed a "Motion

to Transfer Original Exhibits" to this Court on grounds that several exhibits were "too large for inclusion in the reporter's record." Appellant argues that "[t]he parties offered these exhibits to support their respective contentions regarding the real property at issue," and asserts that this "Court cannot properly and fully consider the trial court's decision without examining the original exhibits." Appellant thus requests that we direct the trial court clerk to send certain specific oversized original exhibits to this Court.

The Court, having fully examined and considered appellant's motion to transfer original exhibits, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 34.6(g)(2). Accordingly, we grant appellant's motion, and we direct the trial court clerk to forward the following oversized original exhibits to this Court:

(1)     Plaintiff's Exhibit 3: I.T. Addison Survey A-2;

(2)     Plaintiff's Exhibit 7: Google Map;

(3)     Defendant's Exhibit 137: Glen Rose East Quadrangle, Texas 7.5-Minute Series;

(4)     Defendant's Exhibit 137A: Glen Rose East Quadrangle, Texas, 7.5-Minute Series;

(5)     Defendant's Exhibit 138: 100 Acres Tract C.W. Thompson et ux. to Tom Robinson;

(6)     Defendant's Exhibit 139: 100 Acres Tract C.W. Thompson et ux. to Tom Robinson; and

(7)     Defendant's Exhibit 140: Brazos River Conservation and Reclamation District.

The trial court clerk should ensure that these exhibits are safely and securely transported to this Court and should forward these exhibits within fifteen days from the date of this order.

PER CURIAM

Delivered and filed on the
23rd day of September, 2022.